IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CHRISTIAN FRIERSON

Criminal No. 2:24-cr-164-1
[UNDER SEAL]

ARRAIGNMENT PLEA

Defendant CHRISTIAN FRIERSON

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)