CRITICAL CASE INFORMATION SHEET     2:24-cr-164-1

Pittsburgh __X__     Erie _____     Johnstown _____

Related to No. _____    Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. _X_ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:    Christian Frierson

Is indictment waived:    ____ Yes    _X_ No

Pretrial Diversion:    ____ Yes    _X_ No

Juvenile proceeding:    ____ Yes    _X_ No

Defendant is:    _X_ Male    ____ Female

Superseding indictment or information    ____ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:    Lawrence County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | _____ |
| Defendant: | ____ is in custody      _X_ is not in custody |
| Name of Institution: | _____ |
| Custody is on: | ____ this charge      ____ another charge |
| | ____ another conviction |
| | ____ State               ____ Federal |
| Detainer filed: | ____ yes                 ____ no |
| Date detainer filed: | _____ |
| Total defendants: | 19 |
| Total counts: | 1 |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | Christian Frierson |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to distribute at least 400 grams of fentanyl, 5 kilograms of cocaine, 100 grams of heroin, and a quantity of oxycodone | X | |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: July 30, 2024

s/Craig W. Haller
CRAIG W. HALLER
Assistant U.S. Attorney
PA ID No. 87714