CLOSED

# U.S. District Court
# District of South Carolina (Florence)
# CRIMINAL DOCKET FOR CASE #: 4:24−cr−00605−TER−1
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Adams | Date Filed: 08/01/2024 |
| Other court case number: 2:24CR164 Western District of Pennsylvania | Date Terminated: 08/02/2024 |

Assigned to: Magistrate Judge Thomas E Rogers, III

**Defendant (1)**

**Devail Adams**
*TERMINATED: 08/02/2024*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846 with special findings and forfeiture allegations | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Matthew Ellis** |
| | | US Attorneys Office (Flor) |
| | | 401 W Evans Street |
| | | Suite 222 |
| | | Florence, SC 29501 |
| | | 843−667−3984 |
| | | Fax: 843−678−8809 |

Email: matthew.ellis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2024 | 1 | Arrest (Rule 40) of Devail Adams (swel, ) (Entered: 08/01/2024) |
| 08/01/2024 | 2 | Rule 5c3 Documents Received as to Devail Adams (swel, ) (Entered: 08/01/2024) |
| 08/01/2024 | 3 | NOTICE OF HEARING as to Devail Adams Initial Appearance – Rule 40 set for 8/2/2024 10:30 AM in Florence #3, McMillan Federal Bldg., 401 W. Evans St., Florence before Magistrate Judge Thomas E Rogers III. (swel, ) (Entered: 08/01/2024) |
| 08/02/2024 | 4 | **Minute Entry for proceedings held before Magistrate Judge Thomas E Rogers, III: Initial Appearance in Rule 5(c)(3) Proceedings as to Devail Adams held on 8/2/2024. AUSA Katherine Flynn present. Defendant present. Court appoints Office of FPD to represent Defendant, AFPD Kathy Elmore present. Defendant received copy of pending charges, waived reading. Defendant waived his rights to an identity hearing and requested that his detention hearing be held in the charging district. Defendant detained and will be transported by the USM's to the Western District of Pennsylania. Rule 20 not an option. Court Reporter Robin Herrera. (swel, )** (Entered: 08/02/2024) |
| 08/02/2024 | 5 | (Court only) PRETRIAL REPORT – (Sealed) as to Devail Adams (swel, ) (Entered: 08/02/2024) |
| 08/02/2024 | 6 | WAIVER of Rule 5c3 Hearing by Devail Adams (swel, ) (Entered: 08/02/2024) |
| 08/02/2024 | 7 | CJA 23 Financial Affidavit (Restricted Access) by Devail Adams (swel, ) (Entered: 08/02/2024) |
| 08/02/2024 | 8 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Devail Adams. Signed by Magistrate Judge Thomas E Rogers, III on 8/2/24.(swel, )** (Entered: 08/02/2024) |
| 08/02/2024 | 9 | **COMMITMENT TO ANOTHER DISTRICT as to Devail Adams. Defendant committed to Western District of Pennsylvania. Signed by Magistrate Judge Thomas E Rogers, III on 8/2/24.(swel, )** (Entered: 08/02/2024) |
| 08/02/2024 | 10 | (Court only) ***Case Terminated as to Devail Adams, ***Terminated defendant Devail Adams, pending deadlines, and motions. (swel, ) (Entered: 08/02/2024) |